IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JAMES HAMPTON,                               No C-09-1930 VRW (PR)

        Plaintiff,

    v                                         ORDER OF TRANSFER

ARNOLD SCHWARZENEGGER, et al,

        Defendant(s).
_____/

        Plaintiff, a prisoner at California State Prison, Los Angeles County, in Lancaster, California, has filed a pro se action challenging the conditions of his confinement. Specifically, plaintiff alleges that prison officials have confiscated much of his personal legal property.

        A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Los Angeles, which lies within the venue of the Central District of California, Western Division. See 28 USC § 84(c)(2). Venue therefore properly lies in the Central District, Western Division. See id § 1391(b).

In the interest of justice and pursuant to 28 USC section 1406(a) IT IS ORDERED that this action be TRANSFERRED to the United States District Court for the Central District of California, Western Division.

The clerk shall transfer this matter and terminate all pending motions as moot.

IT IS SO ORDERED.

Dated: May 11, 2009

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.09\Hampton-09-1930-order of transfer.wpd

2